FILED: **11/16/10**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:09-CR-161 |
| Plaintiff, | ) | 4:10-CR-047 |
| | ) | JUDGE FOLSOM |
| v. | ) | |
| | ) | |
| CLOVIS PRINCE | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS COUNTS IN INDICTMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE DAVID FOLSOM:

The Defendant, Clovis Prince files with the Court his Motion To Dismiss Counts In Indictment, and argues as follows:

### COUNTS THAT ARE DUPTICITOUS AND MULTIPLICITY

In the Superseding Indictment in Case No. 4:10-CR-047, Counts 1-7, 13, 20, are multiplicity in charging of single offense in several counts, as to the Defendant's statement of not being a beneficiary to the trust. Counts 8-13, are multiplicity in charging of single offense in several counts, as to the transfer of property, and Defendant is not a beneficiary of trust. Counts 15-17, are multiplicity in charging of single offense in several counts, as to submission of financial statements. See, Gerberding v. United States, 471 F. 2d 55 (8th Cir. 1973); United States v. Hairrell, 521 F. 2d 1264, 1266, (8TH Cir. 1975) cert. denied, 423 U.S. 1035, 96 S. Ct. 568, 46 L. Ed 2d 409 (1975); United States v. Wilson, 565 F. Supp. 1416 (S.D.N.Y. 1983).

Counts 19, 21-23 are duplicity counts, as the indictment is invalidly duplicitous when it joined in a simple count two or more distinct, separate offenses, under the superfluous of a different statute. The burden of the evidence is the same. <u>United States v. Vario</u>, 1989, U.S. Dist. LEXIS 19128 (May 3, E.D.N.Y. 1989).

## CONCLUSION

The Defendant respectfully request of the Court to dismiss the counts in the indictment that are duplicitous and multiplicity in the charged offense action.

Respectfully submitted,
/S/ Clovis L. Prince

---

Clovis L. Prince
Fannin County Jail
2389 Silo Road
Bonham, Texas 75418

Defendant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was mailed pursuant to Federal Rules of Criminal Procedure on this day November 13, 2010 to the following:

Randall Blake
Assistant United States Attorney
1800 Teague Drive, Suite 500
Sherman, Texas 75090

/s/ Clovis L. Prince

---

Clovis L. Prince