FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 29 2010

DAVID J. MALAND, CLERK
BY
DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. | 4:09-CR-161 |
| Plaintiff, ) | | 4:10-CR-047 |
| ) | | |
| v. ) | | JUDGE FOLSOM |
| ) | | |
| CLOVIS PRINCE ) | | |
| Defendant. | | |

## DEFENDANT'S EXHIBIT LIST

| No. | Description | Off | Obj | Ent |
|---|---|---|---|---|
| 1. | Affidavit of Ben Gotte, in Vinson & Elkins litigation matter, dated June 4, 2010 | | | |
| 1a. | Deposition of Nicole Taylor, Jefferson Bank, July 23, 2009 | | | |
| 2. | Deposition of Nicole Taylor, American Bank of Texas, dated 6-17-2009 | | | |
| 3. | Intentionally Blank | | | |
| 4. | Deposition of Khatonia McCarty, dated January 20, 2010 | | | |
| 5. | Deposition of Rick Lindsey | | | |
| 6. | Deposition of Cedric Roberson, dated July 7, 2009. | | | |
| 7. | American Bank of Texas, financial statement, dated 1/22/08. | | | |
| 8. | Nicole Taylor, Taylor Law Firm – Bio | | | |
| 9. | Nicole Taylor, American Bank of Texas, Handwriting | | | |
| 10. | Nicole Taylor, American Bank of Texas, Handwriting | | | |
| 11. | Nicole Taylor, American Bank of Texas, Handwriting | | | |
| 12. | Nicole Taylor, American Bank of Texas, Promissory Note | | | |
| 13. | Nicole Taylor, American Bank of Texas, 30-day Past Due Notice | | | |

14. Ben Gotte, American Bank of Texas, November 18, 2008 letter.
15. Nicole Taylor, Texas Workforce Commission Unemployment Complaint
16. Clovis Prince, Texas Workforce Commission Appeal Letter
17. Kelley Burns, Affidavit on Nicole Taylor Computer
18. Nicole Taylor Computer Print Screen
19. Khatonia McCarty email dated March 16, 2009 on Nicole Taylor Fake Trust she attempted to delete from her computer and other related documents on the print screen
20. Khatonia McCarty provided soft copy of the fake trust that Nicole Taylor created on March 16, 2009.
21. Assistant United States Attorney on Handwriting Expert
22. Ben Gotte, Internal Revenue Service, Memorandum Of Interview, Dated November 4, 2009.
23. Ben Gotte, FBI, Field Investigative Interview, Dated 10/09/2008.
24. Nicole Taylor, Internal Revenue Service, Criminal Investigation, Memorandum of Interview, dated March 13, 2009.
25. Cedric Roberson, Internal Revenue Service, Criminal Investigation, Memorandum of Interview, Dated, October 20, 2009.
26. Christopher Beninate, Internal Revenue Service, Criminal Investigation, Memorandum of Interview Dated, October 23, 2009.
27. Rick Lindsey, FBI, Criminal Investigation Interview, Dated, 10/30/2008.
28. Rick Lindsey, FBI, Criminal Investigation Interview, Dated, 11/14/2008.
29. Mark A. Warren, FBI, Criminal Investigation Interview, dated 2/09/2009.
30. Garrett Blair, FBI, Criminal Investigation Interview, Dated, 10/23/2009.
31. Matt Clem, FBI, Criminal Investigation Interview, Dated, 12/12/2008.
32. Adam Phillips
33. Wayne Stone, FBI, Criminal Investigation Interview

|     | Dated, 11/19/2009 |
| --- | --- |
| 34. | Greg Garland, IRS, Criminal Investigation Interview, |
| 35. | Rose Jentz |
| 36. | Paul Stanley |
| 37. | Casey Stewart, FBI, Criminal Investigation Interview Dated 11/14/2008 |
| 38. | Effie Booker |
| 39. | Robert Lancaster, FBI, Criminal Investigation Interview, dated 1/27/2009 |
| 40. | Matthew McPhail, FBI, Criminal Investigation Interview, dated 10/29/2009 |
| 41. | Khatonia McCarty, FBI, Criminal Investigation Interview, dated 1/27/2009 |
| 42. | Baldwin Insurance & Bonding Agency, Inc., FBI, Criminal Investigation Interview, dated 4/3/2009 |
| 43. | American Bank of Texas v. Vinson & Elkins, Lawsuit, filed August 19, 2009 |
| 44. | Affidavit of Lafeefat O. Adediran, Vinson & Elkins, Dated, May 1, 2009. |
| 45. | Affidavit of James A. Markus, Vinson & Elkins Dated, May 3, 2009 |
| 46. | Intentionally Blank |
| 47. | P&A Real Estate loan package and documentation Prepared by Nicole Taylor, including financial disclaimer |
| 48. | American Bank of Texas lawsuit against P&A Real Estate Cause No. |
| 49. | Clovis Prince personal financial statement reliance disclaimer |
| 50. | Prince & Associates company financial statement reliance disclaimer |
| 51. | P&A Papa Johns loan package and documentation prepared By Nicole Taylor, including financial disclaimer |
| 52. | P&A Restaurants, Inc., loan package and documentation prepared By Nicole Taylor, including financial disclaimer |
| 53. | Prince & Associates, IRS Audit files as managed by Nicole Taylor |
| 54. | Clovis Prince personal IRS Audit files as managed by Nicole Taylor |
| 55. | Khatonia McCarty created Nicole Taylor fraud file |
| 56. | Cedric Roberson created financial statements sent to Nicole Taylor; as part of the company fraud investigation on Ms. Taylor. |

57. Kelley Burns created Nicole Taylor fraud information file as part of the company fraud investigation on Nicole Taylor.
58. Prince & Associates receptionist telephone and contact log as managed by Debbie Minikes.
59. Intentionally Blank
60. Dwayne Leed's payment record on land transaction between American National Bank and Jefferson Bank, for balance pay off Prince & Associates
61. Nicole Taylor handwritten notes in loan files, for Union Bank, Jefferson Bank, American Bank of Texas, American National Bank of Texas, Regions Bank, Unity Bank, and Legacy Bank
62. Nicole Taylor handwritten notes in IRS Audit files (both company and Mr. Prince personal)
63. Nicole Taylor handwritten notes in IRS Employment/Employee Tax files.
64. Nicole Taylor handwritten notes in bankruptcy filings for Northern District of Texas on each entity
65. Nicole Taylor loan package and documentation to Unity Bank, including financial disclaimer
66. Nicole Taylor file on an alleged Prince Bistro #1004.
67. Nicole Taylor file on "chits" of Clovis Prince signature
68. Nicole Taylor fax machine and printer with identifying line on paper and fax machine number heading
69. Nicole Taylor P&A Beverage, Inc., application and management file
70. Nicole Taylor loan package and documentation on American Bank of Texas, including financial disclaimer
71. Nicole Taylor loan package and documentation to American National Bank, including financial disclaimer.
72. Nicole Taylor loan package and documentation to Jefferson Bank, including financial disclaimer
73. Nicole Taylor loan package and documentation to Regions Bank, including financial disclaimer
74. Nicole Taylor loan package and documentation to Union Bank, including financial disclaimer
75. Nicole Taylor loan package and documentation to Legacy Bank, including financial disclaimer
76. Nicole Taylor company computer
77. Nicole Taylor litigation file for Lucent Technologies
78. Nicole Taylor loan package and documentation for Rose Rock Commercial Development, including financial disclaimer

79. Cedric Roberson, CPA (in-house) corporate assets file
80. All company banking accounts two signature requirements for over $5,000
81. Nicole Taylor false Clovis Prince and Katherine Robinson Trust, that she admitted back dating for bank loans (multiple drafts discovered by Khatonia McCarty and Kelley Burns
82. Nicole Taylor generated Gayle Bishop with ING false documents.
83. Khatonia McCarty letter to Clovis Prince, dated September 22, 2010 as attorney of record on litigation matter pursuant to an alleged bank matter caused by Nicole Taylor
84. Khatonia McCarty Defendant's Response To Plaintiff's Motion For Summary Judgment, Cause No. 2009-07580.
85. Nicole Taylor litigation files for Union Bank with handwritten notes.
86. Nicole Taylor litigation files for MB Financial with handwritten notes
87. Nicole Taylor litigation files for Jefferson bank with handwritten notes
88. Nicole Taylor litigation files for American Bank of Texas with handwritten notes.
89. Authentic emails from Bobby Reed
90. Authentic emails from Kelley Burns
91. Authentic emails from Don Mason
92. Authentic emails from Danta Mason
93-99 Intentionally Blank
100. Clovis L. Prince, Katherine M. Robinson, and Tamika D. Prince Trust, dated January 2, 2005, and Schedule "A" attached with acceptance dates.
101. Intentionally Blank
102. Bank of Oklahoma on authentic of copy of Check No. 8226 for notary renewal seal.
103. Certified copy of Clovis L. Prince, Katherine M. Robinson and Tamika D. Prince Trust, Equal Distribution, dated January 1, 2006, as witnessed.
104. Affidavit of Walter K. Ogles, as to personally witnessing the Equal Distribution as executed by Clovis L. Prince on January 1, 2006.
105. Affidavit of Samuel L. Holloway, as to personally witnessing the Equal Distribution as executed by Clovis L. Prince on January 1, 2006.
106. Affidavit of Orville L. Prince, as to personally witnessing the Equal Distribution as executed by Clovis L. Prince on January 1, 2006.
107. Authenticated emails between Clovis L. Prince, Jeannine Goodfriend, Joyce Lindauer, Juwon Park, of Joyce Lindauer law firm.
108. Request to withdraw all pending petitions in United States Bankruptcy Court, Northern District of Texas, filed by Nicole Taylor for ineffective assistance of counsel.

109. State of Oklahoma, Trust Attorney's Opinion on the Clovis L. Prince, Katherine M. Robinson, and Tamika D. Prince Trust, executed on January 2, 2005.
110. State of Oklahoma, Trust Attorney's Opinion on the Clovis L. Prince, Katherine M. Robinson, and Tamika D. Prince, Equal Distribution executed on January 1, 2006.
111 Judge Carl Gingberg, 193rd District Court, Re-election campaign donations records.
112. David Finn's bank records for 2009 and 2010
113. Nicole Taylor bank records for 2006 through 2010
114. Cedric Roberson bank records for 2006 through 2010
115. Khatonia McCarty bank records for 2006 through 2010
116. Taylor Law Firm bank records for 2006 through 2010.
117. McCarty Law Firm bank records for 2006 through 2010.
118. Thompson & Knight, LLP bank records for 2006 through 2010
110. Singer & Levick bank records for 2006 through 2010.
111. Larry Levick bank records for 2006 through 2010.
112. Stephen Rasch bank records for 2006 through 2010.
113. Julie Abernethy bank records for 2006 through 2010.
114. Any and all depositions taken by Thompson & Knight in a matter related to Clovis Prince *****
115. Ben Gotte's personnel records at American Bank of Texas and Jefferson Bank
116. University of Oklahoma, School of Law, Legal Assistant Program, Certification of Clovis Prince as graduate.
117. Any and all lawsuits filed by American Bank of Texas in a matter related to Clovis Prince
118. Emails from Nicole Taylor's personal and Taylor Law Firm email account from 2006 through 2010.
119. Nicole Taylor cell phone records from 2006 through 2010.
120. Emails from Khatonia McCarty's personal and McCarty Law Firm email account from 2006 through 2010.
121. Khatonia McCarty cell phone records from 2006 through 2010.
122. Emails from Cedric Roberson personal and any personal business email account from 2006 through 2010.
123. Cedric Roberson cell phone records from 2006 through 2010.
124. Emails from Stephen Rasch's Thompson & Knight, LLP and personal email account from 2006 through 2010.
125. Stephen Rasch cell phone records from 2006 through 2010.

126. Emails from Julie Abernethy's Thompson & Knight, LLP and personal email account from 2006 through 2010.
127. Julie Abernethy cell phone records from 2006 through 2010.
128. Emails from David Finn's personal and law firm email account from 2006 through 2010.
129. David Finn cell phone records from 2006 through 2010.
130. Emails from Kyle Beall's personal and American Bank of Texas email account from 2006 through 2010.
131. Kyle Beall cell phone records from 2006 through 2010.
132. Emails from Ben Gotte's personal and American Bank of Texas and Jefferson Bank email account from 2006 through 2010.
133. Ben Gotte cell phone records from 2006 through 2010.
134. Emails from Larry Levick's personal and Singer & Levick email accounts from 2006 through 2010.
135. Larry Levick cell phone records from 2006 through 2010.
136. Emails from Gabe Herald's personal and Union Bank email accounts from 2006 through 2010.
137. Gabe Herald cell phone records from 2006 through 2010.
138. Video of alleged high speed chase route.
139. Map of alleged high speed chase route.

Respectfully submitted,

/s/ Clovis L. Prince

Clovis L. Prince
Fannin County Jail
2389 Silo Road
Bonham, Texas 75418

DEFENDANT

CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of this document on counsel of record pursuant to the federal Rules of Criminal procedures: Randall Blake, office of the United States Attorney, 1800 Teague Dr., Suite 500, Sherman, Texas 75090, fax 1-903-892-2792. Service was mailed on this November 13, 2010.

/s/ Clovis L. Prince
_____
Clovis L. Prince